JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA H. BARTOK, <br><br> Plaintiff(s), <br><br> v. <br><br> MICHAEL F. BARTOK, <br><br> Defendant(s). | Case No.  CV-18-6409-R <br><br> **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |

Plaintiff was ORDERED to show cause in writing no later than **October 25, 2018** why this action should not be dismissed for lack of prosecution. On October 23, 2018, Plaintiff filed a response. As of the date of this Order, no proof of service has been filed.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 23, 2019

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE